NOT FOR PUBLICATION                                              (DOCKET ENTRY NO. 358, 396)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| : | CRIM NO. 02-00684 (RBK) |
| v. : | |
| : | ORDER |
| BERNARD MURRAY. : | |
| Defendants. : | |

      **THIS MATTER** having come before the Court upon the motion by Defendant for a reduction of his June 2, 2009 sentence; and

      **IT APPEARING TO THE COURT** that Defendant attempts to make a motion pursuant to 18 U.S.C. § 3553(e); and

      **THE COURT NOTING** that the applicable statutes, 18 U.S.C § 3582 and Fed. R. Civ. Pro. 35(b)(2), only allow modification for substantial assistance were the government makes the motion; and

      **THE COURT FINDING** that the Government has not made such a motion for sentence reduction;

      **IT IS HEREBY ORDERED** that Defendant's motion is **DENIED**.


Date:  11/18/2011                                                       /s/ Robert B. Kugler
                                                                                                            ROBERT B. KUGLER
                                                                                                           United States District Judge